BRIAN A. PROCEL (State Bar No. 218657)
brian@procel-law.com
MARTIN H. PRITIKIN (State Bar No. 210845)
marty@procel-law.com
**PROCEL LAW, PC**
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
Telephone: (424) 788-4538

Attorneys for Defendant
V Shred, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALESSANDRO DE LA TORRE, individually and on behalf of all others similarly situated

Plaintiff,

v.

V SHRED, LLC,

Defendant.

Case No. 2:24-cv-4917-SPG-RAO

**ANSWER TO PLAINTIFFS' COMPLAINT**

Assigned to the Hon. Sherilyn Peace Garnett and Magistrate Judge Rozella A. Oliver

Defendant V Shred, LLC ("Defendant") answers the Class Action Complaint filed by Plaintiff Alessandro De La Torre ("Plaintiff") and asserts its affirmative defenses to the Complaint as follows:

**NATURE OF THE ACTION**

1. Paragraph 1 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

2. Defendant admits that it has a business relationship with the entities identified in Paragraph 2. Defendants denies the allegations in all other respects.

3. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 3, and Defendant therefore denies those allegations on that basis.

4. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 4, and Defendant therefore denies those allegations on that basis.

5. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 5, and Defendant therefore denies those allegations on that basis.

6. Paragraph 6 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

7. Paragraph 7 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

8. Paragraph 8 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

**PARTIES**

9. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 9, and Defendant therefore denies those allegations on that basis.

10. Defendant admits that customers are given the option of entering "personal identifiers, including his gender, age, height, weight, activity level, and body perception," on the V Shred website, as alleged in Paragraph 10. Defendants denies Paragraph 10 in all other respects.

11. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 11, and Defendant therefore denies those allegations on that basis.

12. Admit.

**JURISDICTION AND VENUE**

13. Paragraph 13 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

14. Paragraph 14 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

15. Paragraph 15 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

**FACTUAL ALLEGATIONS**

16. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 16, and Defendant therefore denies those allegations on that basis.

17. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 17, and Defendant therefore denies those allegations on that basis.

18. Defendants lacks sufficient information to admit or deny the allegations in

Paragraph 18, and Defendant therefore denies those allegations on that basis.

19. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 19, and Defendant therefore denies those allegations on that basis.

20. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 20, and Defendant therefore denies those allegations on that basis.

21. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 21, and Defendant therefore denies those allegations on that basis.

22. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 22, and Defendant therefore denies those allegations on that basis.

23. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 23, and Defendant therefore denies those allegations on that basis.

24. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 24, and Defendant therefore denies those allegations on that basis.

25. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 25, and Defendant therefore denies those allegations on that basis.

26. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 26, and Defendant therefore denies those allegations on that basis.

27. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 27, and Defendant therefore denies those allegations on that basis.

28. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 28, and Defendant therefore denies those allegations on that basis.

29. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 29, and Defendant therefore denies those allegations on that basis.

30. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 30, and Defendant therefore denies those allegations on that basis.

31. Defendants lacks sufficient information to admit or deny the allegations in

Paragraph 31, and Defendant therefore denies those allegations on that basis.

32.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 32, and Defendant therefore denies those allegations on that basis.

33.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 33, and Defendant therefore denies those allegations on that basis.

34.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 34, and Defendant therefore denies those allegations on that basis.

35.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 35, and Defendant therefore denies those allegations on that basis.

36.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 36, and Defendant therefore denies those allegations on that basis.

37.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 37, and Defendant therefore denies those allegations on that basis.

38.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 38, and Defendant therefore denies those allegations on that basis.

39.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 39, and Defendant therefore denies those allegations on that basis.

40.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 40, and Defendant therefore denies those allegations on that basis.

41.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 41, and Defendant therefore denies those allegations on that basis.

42.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 42, and Defendant therefore denies those allegations on that basis.

43.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 43, and Defendant therefore denies those allegations on that basis.

44.Defendants lacks sufficient information to admit or deny the allegations in

Paragraph 44, and Defendant therefore denies those allegations on that basis.

45.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 45, and Defendant therefore denies those allegations on that basis.

46.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 46, and Defendant therefore denies those allegations on that basis.

47.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 47, and Defendant therefore denies those allegations on that basis.

48.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 48, and Defendant therefore denies those allegations on that basis.

49.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 49, and Defendant therefore denies those allegations on that basis.

50.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 50, and Defendant therefore denies those allegations on that basis.

51.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 51, and Defendant therefore denies those allegations on that basis.

52.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 52, and Defendant therefore denies those allegations on that basis.

53.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 53, and Defendant therefore denies those allegations on that basis.

54.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 54, and Defendant therefore denies those allegations on that basis.

55.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 55, and Defendant therefore denies those allegations on that basis.

56.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 56, and Defendant therefore denies those allegations on that basis.

57.Defendants lacks sufficient information to admit or deny the allegations in

Paragraph 57, and Defendant therefore denies those allegations on that basis.

58.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 58, and Defendant therefore denies those allegations on that basis.

59.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 59, and Defendant therefore denies those allegations on that basis.

60.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 60, and Defendant therefore denies those allegations on that basis.

61.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 61, and Defendant therefore denies those allegations on that basis.

62.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 62, and Defendant therefore denies those allegations on that basis.

63.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 63, and Defendant therefore denies those allegations on that basis.

64.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 64, and Defendant therefore denies those allegations on that basis.

65.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 65, and Defendant therefore denies those allegations on that basis.

66.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 66, and Defendant therefore denies those allegations on that basis.

67.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 67, and Defendant therefore denies those allegations on that basis.

68.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 68, and Defendant therefore denies those allegations on that basis.

69.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 69, and Defendant therefore denies those allegations on that basis.

70.Defendants lacks sufficient information to admit or deny the allegations in

Paragraph 70, and Defendant therefore denies those allegations on that basis.

71.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 71, and Defendant therefore denies those allegations on that basis.

72.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 72, and Defendant therefore denies those allegations on that basis.

73.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 73, and Defendant therefore denies those allegations on that basis.

74.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 74, and Defendant therefore denies those allegations on that basis.

75.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 75, and Defendant therefore denies those allegations on that basis.

76.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 76, and Defendant therefore denies those allegations on that basis.

77. Defendants lacks sufficient information to admit or deny the allegations in Paragraph 77, and Defendant therefore denies those allegations on that basis.

78.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 78, and Defendant therefore denies those allegations on that basis.

79.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 79, and Defendant therefore denies those allegations on that basis.

80.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 80, and Defendant therefore denies those allegations on that basis.

81.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 81, and Defendant therefore denies those allegations on that basis.

82.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 82, and Defendant therefore denies those allegations on that basis.

83.Defendants lacks sufficient information to admit or deny the allegations in

Paragraph 83, and Defendant therefore denies those allegations on that basis.

84.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 84, and Defendant therefore denies those allegations on that basis.

85.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 85, and Defendant therefore denies those allegations on that basis.

86.Paragraph 86 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

87.Admit as to Paragraph 87 that the Quiz asks users about "their age, height, weight, gender, weight loss goals, body image, and views on weight loss and weight loss programs." Defendant denies this request in all other respects.

88.Defendant denies the allegations in Paragraph 88.

89.Defendants lacks sufficient information to admit or deny the allegations in Paragraph 89, and Defendant therefore denies those allegations on that basis.

90.Admit Paragraph 90.

91.Admit Paragraph 91.

92.Admit Paragraph 92.

93.Admit Paragraph 93.

94.Admit Paragraph 94.

95.Admit Paragraph 95.

96.Admit that users are directed to a video after completing the Quiz. Defendant lacks sufficient information to admit or deny the remainder of the allegations in Paragraph 96, and Defendant therefore denies those allegations on that basis.

97.Defendants admits that "After the users select the Vshred products to purchase, they are directed to a checkout page where they enter their name, email

address, and payment information." Defendant lacks sufficient information to admit or deny the remaining allegations in Paragraph 97, and Defendant therefore denies those allegations on that basis.

98.Defendant lacks sufficient information to admit or deny the allegations in Paragraph 98, and Defendant therefore denies those allegations on that basis.

99. Defendant denies the allegations in Paragraph 99.

100. Defendant admits Paragraph 100.

101. Defendant denies the allegations in Paragraph 101.

102. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 102, and Defendant therefore denies those allegations on that basis.

103. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 103, and Defendant therefore denies those allegations on that basis.

104. Paragraph 104 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

105. Paragraph 105 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

106. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 106, and Defendant therefore denies those allegations on that basis

107. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 107, and Defendant therefore denies those allegations on that basis

108. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 108, and Defendant therefore denies those allegations on that basis

109. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 109, and Defendant therefore denies those allegations on that basis

110. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 110, and Defendant therefore denies those allegations on that basis.

111. Defendant lacks sufficient information to admit or deny the allegations In Paragraph 111, and Defendant therefore denies those allegations on that basis

112. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 112, and Defendant therefore denies those allegations on that basis.

113. Defendant lacks sufficient information to admit or deny the allegations In and Defendant therefore denies those allegations on that basis.

114. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 114, and Defendant therefore denies those allegations on that basis.

115. Paragraph 115 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

116. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 116, and Defendant therefore denies those allegations on that basis.

117. Defendant denies the allegations in Paragraph 117.

118. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 118, and Defendant therefore denies those allegations on that basis.

119. Defendant denies the allegations in Paragraph 119.

120. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 120, and Defendant therefore denies those allegations on that basis.

121. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 116, and Defendant therefore denies those allegations on that basis.

122. Defendant denies the allegations in Paragraph 122.

123. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 123, and Defendant therefore denies those allegations on that basis.

124. Defendant denies the allegations in Paragraph 124.

125. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 125, and Defendant therefore denies those allegations on that basis.

126. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 126, and Defendant therefore denies those allegations on that basis.

127. Defendant denies the allegations in Paragraph 127.

128. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 128, and Defendant therefore denies those allegations on that basis.

129. Defendant denies the allegations in Paragraph 129.

130. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 130, and Defendant therefore denies those allegations on that basis.

131. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 131, and Defendant therefore denies those allegations on that basis.

132. Defendant denies the allegations in Paragraph 132.

133. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 133, and Defendant therefore denies those allegations on that basis.

134. Defendant denies the allegations in Paragraph 134.

135. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 135, and Defendant therefore denies those allegations on that basis.

136. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 136, and Defendant therefore denies those allegations on that basis.

137. Defendant denies the allegations in Paragraph 137.

138. Defendant lacks sufficient information to admit or deny the allegations In Paragraph 138, and Defendant therefore denies those allegations on that basis.

139. Defendant denies the allegations in Paragraph 139.

140. Defendant lacks sufficient information to admit or deny the allegations

in Paragraph 140, and Defendant therefore denies those allegations on that basis.

141. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 141, and Defendant therefore denies those allegations on that basis.

142. Defendant denies the allegations in Paragraph 142.

143. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 143, and Defendant therefore denies those allegations on that basis.

144. Defendant denies the allegations in Paragraph 144.

145. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 145, and Defendant therefore denies those allegations on that basis.

146. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 146, and Defendant therefore denies those allegations on that basis.

## **CLASS ALLEGATIONS**

147. Paragraph 147 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

148. Paragraph 148 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

149. Paragraph 149 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

150. Paragraph 150 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

151. Paragraph 151 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is

requires, Defendant denies the allegations.

152. Paragraph 152 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

153. Paragraph 153 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

154. Paragraph 154 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

**COUNT I**

155. Paragraph 155 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

156. Paragraph 156 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

157. Paragraph 157 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

158. Paragraph 158 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

159. Paragraph 159 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

160. Paragraph 160 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

161. Paragraph 161 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

162. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 162, and Defendant therefore denies those allegations on that basis.

163. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 163, and Defendant therefore denies those allegations on that basis.

164. Paragraph 164 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

165. Paragraph 165 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

166. Paragraph 164 contains legal conclusions, arguments, and characterizations to which no response is required. Defendant also lacks sufficient information as to the location from which Plaintiff accessed Defendant's website. To the extent a response is requires, Defendant denies the allegations.

167. Paragraph 167 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

**COUNT II**

168. Paragraph 168 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is

requires, Defendant denies the allegations.

169. Paragraph 169 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

170. Paragraph 170 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

171. Paragraph 171 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

172. Defendant denies Paragraph 172.

173. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 173, and Defendant therefore denies those allegations on that basis.

174. Paragraph 174 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

175. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 175, and Defendant therefore denies those allegations on that basis.

176. Paragraph 176 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

177. Paragraph 177 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is requires, Defendant denies the allegations.

## AFFIRMATIVE DEFENSES

Defendant hereby pleads the following separate and additional defenses to the

Complaint. By alleging the separate and additional defenses set forth below, Defendant intends no alteration of the burden of proof and/or burden of going forward with evidence that otherwise exists with respect to any particular issue at law or in equity.

Furthermore, all such defenses are pleaded in the alternative, and do not constitute an admission of liability or that Plaintiffs are entitled to any relief whatsoever. Without limiting or waiving any defenses available to it, and based on information and belief unless otherwise stated, Defendant alleges as follows:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

The Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(No Violation Of A Legal Duty)**

The Complaint is barred, in whole or in part, because Defendant did not violate any legal duty owed to Plaintiffs.

**THIRD AFFIRMATIVE DEFENSE**

**(Good Faith)**

The Complaint, in whole or in part, is barred because Defendant undertook any challenged acts or omissions, in part or in total, in good faith and in conformity with applicable orders, rulings, regulations, and/or interpretations.

**FOURTH AFFIRMATIVE DEFENSE**

**(Superseding and Intervening Acts)**

Any damage allegedly sustained by Plaintiffs was caused, in whole or in part, by the superseding and intervening acts and omissions of persons or entities for whose conduct Defendant is not responsible.

**FIFTH AFFIRMATIVE DEFENSE**

**(No Causation)**

The Complaint is barred, in whole or in part, because Plaintiffs' damages, if any, were no caused by Defendant.

**SIXTH CAUSE OF ACTION**

**(No Damages)**

Without admitting that the Complaint states a claim, there has been no damage in any amount, manner, or at all by reason of any act alleged against Defendant in the Complaint, and the relief prayed for in the Complaint therefore cannot be granted.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Waiver)**

The Complaint is barred, in whole or in part, by the doctrine of waiver.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Laches)**

The Complaint is barred, in whole or in part, by the doctrine of laches.

**NINTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

The Complaint is barred, in whole or in part, by the doctrine of unclean hands.

**TENTH AFFIRMATIVE DEFENSE**

**(Conduct Not Wrongful)**

The Complaint is barred, in whole or in part, because Defendant's conduct was not wrongful or otherwise unlawful.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Statutes of Limitations)**

The Complaint is barred, in whole or in part, by applicable statutes of limitation.

**TWELFTH AFFIRMATIVE DEFENSE**

**(No Standing)**

The Complaint is barred because Plaintiffs lack standing.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Unjust Enrichment)**

Any recovery by Plaintiffs on the Complaint against Defendant would be unfair and would constitute unjust enrichment.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

The Complaint is barred, in whole or in part, by the doctrine of estoppel.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Mootness)**

The Complaint is barred, in whole or in part, because some or all of the allegations or claims in the Complaint are moot.

**RESERVATION OF ADDITIONAL DEFENSES**

Defendant reserves its right to add, delete, or modify any and all defenses which may pertain to the Complaint that are now or may become available in this action through clarification or amendment of the Complaint, through discovery, through further legal analysis of Plaintiff's or Defendant's claims and positions in this litigation, or otherwise.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant prays that judgment be entered as follows:

A. Plaintiffs take nothing by reason of their Complaint;

B. The Complaint be dismissed with prejudice;

C. Defendant recover its costs of suit, including attorneys' fees; and

D. Defendant be awarded such other and further relief as the Court deems just and proper.

Dated: September 17, 2024

**PROCEL LAW, LLP**

By: /s/ Brian Procel
Brian Procel
Attorneys for Defendant V Shred, LLC