**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
         jwilner@bursor.com

*Attorneys for Plaintiff*

BRIAN A. PROCEL (State Bar No. 218657)
brian@procel-law.com
MARTIN H. PRITIKIN (State Bar No. 210845)
marty@procel-law.com
**PROCEL LAW, LP**
401 Wilshire Boulevard, 12th Floor
Santa Monica, CA 90401
Telephone: (424) 788-4538

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRO DE LA TORRE, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>V SHRED, LLC,<br><br>            Defendant. | Case No. 2:24-CV-4917-SPG-RAO<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Alessandro de la Torre and Defendant Vshred, LLC through their designated counsel, that this action be and is hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and Plaintiff and Defendant, through their designated counsel, further stipulate that they shall each bear their own fees and costs. |

Dated: January 24, 2025               Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:        */s/ L. Timothy Fisher*
                L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
            jwilner@bursor.com

*Attorneys for Plaintiff*

**PROCEL LAW, LP**

By:        */s/ Brian A. Procel*
                Brian A. Procel

BRIAN A. PROCEL (State Bar No. 218657)
brian@procel-law.com
MARTIN H. PRITIKIN (State Bar No. 210845)
marty@procel-law.com
401 Wilshire Boulevard, 12th Floor
Santa Monica, CA 90401
Telephone: (424) 788-4538

*Attorneys for Defendant*

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                                */s/L. Timothy Fisher*